IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 SEP 26  PM 1:51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ro
               DEPUTY

| | |
|---|---|
| JAIDRO ROQUE, § | |
| PLAINTIFF, § | |
| § | CAUSE NO. A-14-CV-621-LY |
| V. § | |
| § | |
| NEW 888 RESTAURANT, L.L.C. § | |
| (D/B/A 888 PAN ASIAN RESTAURANT), § | |
| KEVIN LE, AND LIEN TRAN, § | |
| DEFENDANTS. § | |

## ORDER

Before the court is Plaintiff's Motion for Leave to File First Amended Complaint filed September 25, 2014 (Doc. #7). Plaintiff's First Amended Complaint is attached as an exhibit to the motion. The Certificate of Conference states that Defendants are opposed to the motion.

No scheduling order has been rendered in this cause. Pursuant to the parties' Proposed Scheduling Order filed September 24, 2014 (Doc. #5), the parties' agreed deadline to file amended pleadings is March 9, 2015. Thus, leave of court is not required.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint filed September 25, 2014 (Doc. #7) is **GRANTED**. The clerk is instructed to file Plaintiff's First Amended Complaint, attached to Plaintiff's motion for leave, in the record in this cause.

SIGNED this _____ day of September, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE