UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAIDRO ROQUES,<br>*Plaintiff* | § § § | |
| V. | § § | Case No. 1:14-cv-00621-DAE |
| NEW 888 RESTAURANT, L.L.C.<br>(d/b/a 888 PAN ASIAN RESTAURANT),<br>KEVIN LE, AND LIEN TRAN<br>*Defendants* | § § § § § | Jury Demanded |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant request the dismissal with prejudice of the above-entitled and numbered cause against all named Defendants. Based on the parties jointly having requested the Court to dismiss the above-entitled and numbered cause with prejudice and the Court's having concluded that it should grant the parties' request, it is accordingly ORDERED and ADJUDGED that this action be, and it is hereby, dismissed with prejudice, with each party bearing their respective costs and attorneys' fees.

SIGNED this 9 day of Nov., 2016

_____
JUDGE PRESIDING